PREMIER LAW GROUP PLLC
Darryl Parker, Bar No. 95914
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| WENHONG SHANG, ) | No. C-05-01803 PJH |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO CHANGE |
| ) | HEARING DATE |
| vs. ) | |
| ) | |
| GEAC ENTERPRISE SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

THE PARTIES, Plaintiff Wenhong Shang and Defendant Geac Enterprise Solutions, Inc., through their counsel of record, stipulate and ask the Court to change the motion to compel arbitration and stay judicial proceedings hearing date to September 21, 2005, it is therefore,

**ORDERED, ADJUDGED, AND DECREED** that the motion to compel arbitration and stay judicial proceedings hearing will commence at 9:00 a.m. on September 21, 2005.

DATED this 25th day of August, 2005.

_____
The Honorable Phyllis Hamilton

[PROPOSED] ORDER TO CHANGE HEARING DATE
(No. C-05-01803 PJH) - 1

**Premier Law Group, PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743/FAX(206) 599-6316