MELINDA S. RIECHERT, State Bar No. 65504
SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
GEAC ENTERPRISE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENHONG SHANG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEAC ENTERPRISE SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. C-05-01803 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

THE PARTIES, Plaintiff Wenhong Shang and Defendant Geac Enterprise Solutions, Inc., through their counsel of record, hereby stipulate and ask the Court to change the Case Management Conference hearing date from October 27, 2005 to December 8, 2005 because trial counsel for Defendant, Melinda Riechert, will be out of town and unavailable to take part in the conference scheduled for October 27, 2005.

Dated: October 7, 2005

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Melinda S. Riechert_
Melinda S. Riechert
Shannon E. Thorne

Attorneys for Defendant
Geac Enterprise Solutions, Inc.

1  Dated: October 7, 2005                    PREMIER LAW GROUP, PLLC

3                                      By:  /s/ Darryl Parker
                                            Darryl Parker

5                                           Attorney for Plaintiff
                                            Fang Fang

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8      The Case Management Conference in this action is continued from October 27, 2005 to

9  December 8, 2005 at 2:30 p.m.

10         10/11/05
11  Dated: _____   _____
                                             Judge Phyllis J. Hamilton
12                                           United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3561664.1                    2           STIPULATION TO CHANGE HEARING
                                                  DATE -- (C-05-01803 PJH)