1  MELINDA S. RIECHERT, State Bar No. 65504
   SHANNON THORNE, State Bar No. 215609
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendant
   GEAC ENTERPRISE SOLUTIONS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 WENHONG SHANG,                          Case No. C-05-01803 PJH

12              Plaintiff,                 **STIPULATION SELECTING MEDIATION
                                           AS ADR PROCESS AND [PROPOSED]
13         vs.                             ORDER REFERRING CASE TO
                                           MEDIATION**
14 GEAC ENTERPRISE SOLUTIONS, INC.,

15              Defendant.

16

17         The parties would like to pursue mediation at this time. Counsel have met and conferred

18 and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

19         The parties agree to participate in the following ADR process: Court-Sponsored

20 Mediation.

21         The parties would like to complete the mediation session in the next thirty (30) days, if

22 possible, with a mediator experienced in employment law matters.

23         The parties further request that the mediation session be held jointly with another matter,

24 i.e., *Fang Fang v. Geac Enterprise Solutions, Inc.*, N.D. Cal. Case No. 05-00128 JCS.

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
   PALO ALTO          1-PA/3562922.1              1              STIPULATION AND [PROPOSED] ORDER
                                                                     SELECTING ADR PROCESS
                                                                         (C-05-01803 PJH)

IT IS SO STIPULATED.

DATED: 10/18/05

Darryl Parker
Attorney for Plaintiff Wenhong Shang

DATED: 10/18/05

Shannon Thorne
Attorneys for Defendant Geac Enterprise Solutions, Inc.

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to Court-Sponsored Mediation.

Deadline for the Court-Sponsored Mediation session: November 30, 2005

IT IS SO ORDERED.

DATED: 10/19/05

Judge Phyllis J. Hamilton
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3562922.1                    2                    STIPULATION AND [PROPOSED] ORDER
                                                       SELECTING ADR PROCESS
                                                       (C-05-01803 PJH)