PREMIER LAW GROUP PLLC
Darryl Parker, Bar No. 95914
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| WENHONG SHANG, ) | |
| ) | No. C-05-01803 PJH |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER DISMISSING CASE |
| vs. ) | |
| ) | |
| GEAC ENTERPRISE SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

Plaintiff Wenhong Shang and Defendant GEAC Enterprise Solutions having stipulated to the dismissal of plaintiff's claims, it is therefore;

**ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against defendant GEAC Enterprise Solutions are dismissed with prejudice.

DATED this 30th day of December, 2005.

_____
~~The Honorable Susan Illston~~
Phyllis J. Hamilton

[PROPOSED] ORDER DISMISSING CASE (No. C-05-01803 PJH) - 1

**Premier Law Group, PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743/FAX(206) 599-6316